Randy M. Friedberg (RF 8645)
Lori Marks-Esterman (LME 2841)
OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP
Park Avenue Tower
65 East 55th Street
New York, New York 10022
(212) 451-2300
*Attorneys for Plaintiffs Cornelia Fifth Avenue LLC and*
*Cornelia Essentials, LLC*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CORNELIA FIFTH AVENUE LLC and CORNELIA ESSENTIALS, LLC, <br><br> Plaintiffs, <br><br> -against- <br><br> TIGERNET SYSTEMS, INC., <br><br> Defendant. | Case No.  07 CV 11529 <br><br> RULE 7.1 STATEMENT |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable judges and magistrate judges of the court to evaluate the possible disqualification or recusal, the undersigned counsel for all Plaintiffs (private non-governmental parties) certify that the following are corporate parents, affiliates, and/or subsidiaries of said parties that are publicly held:

NONE

558157-1

Dated: New York, New York
December 20, 2007

        OLSHAN GRUNDMAN FROME
        ROSENZWEIG & WOLOSKY LLP

By: *[signature]*
Randy M. Friedberg (RF 8645)
Lori Marks-Esterman (LME 2841)
*Attorneys for Plaintiffs Cornelia Fifth Avenue LLC and Cornelia Essentials, LLC*
Park Avenue Tower
65 East 55th Street
New York, New York 10022
(212) 451-2300