JAN-18-2008  17:27       OGFRW LLP                                              2124512222    P.03

Sullivan, J

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
CORNELIA FIFTH AVENUE LLC and
CORNELIA ESSENTIALS, LLC,

                Plaintiffs,

    - against -

TIGERNET SYSTEMS, INC.,

                Defendant.
------------------------------------------------X

STIPULATION
EXTENDING TIME

Case No: 07 CV 11529 (RJS)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the respective parties, that the time for defendant TIGERNET SYSTEMS, INC. to respond to the summons and complaint herein be, and same hereby is extended to and including the 18 day of February 2008.

IT IS HEREBY STIPULATED, AGREED AND CONSENTED TO THAT this stipulation may be executed in any number of counterparts, all of which counterparts, taken together, shall constitute one and the same instrument;

IT IS HEREBY STIPULATED, AGREED AND CONSENTED TO THAT facsimile signatures to this stipulation may be treated and deemed as original signatures; and

Dated: Woodbury, New York
        January 17, 2008

OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP

BY: _____
    Randy M. Frieberg (RF 8645)
    Lori Marks Esterman (LME 2841)
Attorneys for Plaintiffs
Cornelia Fifth Avenue LLC
and Cornelia Essentials, LLC
Park Avenue Tower
65 East 55th Street
New York, New York 10022
(212) 451-2300

MILBER MAKRIS PLOUSADIS
& SEIDEN, LLP

BY: _____
    Dean L. Milber (DLM-7060)
    Lorin A. Donnelly (LAD 0791)
Attorney for Defendant
Tigernet Systems, Inc.
1000 Woodbury Road, Suite 420
Woodbury, New York 11797
(516) 712-4000
File No: 248-5189

SO ORDERED: _____
U.S.D.J.
1/23/08