UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
CORNELIA FIFTH AVENUE LLC and : Case No. 07 CV 11529 (RJS)(GWG)
CORNELIA ESSENTIALS, LLC,
: ECF Case
       Plaintiffs,
: **DEFENDANT'S RULE 7.1**
    V. **STATEMENT**
:
TIGERNET SYSTEMS, INC.,
:
       Defendant.
---------------------------------------------------------------X

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorneys of record for Defendant TigerNet Systems, Inc. ("TigerNet"), hereby certify that TigerNet is a corporation organized and existing under the laws of the State of Connecticut, that TigerNet does not have any corporate parents and that no publicly held corporation owns ten percent or more of TigerNet's stock.

Dated: White Plains, New York
       February 15, 2008

                                        **MILBER MAKRIS PLOUSADIS
                                            & SEIDEN, LLP**

                         By:   s/ Thomas H. Kukowski
                                   Thomas H. Kukowski (TK 1749)
                                   Attorneys for Defendant
                                     TigerNet Systems, Inc.
                                   3 Barker Avenue, 6th Floor
                                   White Plains, New York 10601
                                   (914) 681-8700

TO:   **OLSHAN GRUNDMAN FROME
       ROSENZWEIG & WOLOSKY LLP**
       Attorneys for Plaintiffs
         Cornelia Fifth Avenue LLC and
         Cornelia Essentials, LLC
       65 East 55th Street
       New York, New York 10022
       (212) 451-2300