## AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                             ) ss.:
COUNTY OF WESTCHESTER        )

I, **DEBORAH ALLEN**, being sworn, say, I am not a party to this action, am over 18 years of age, and reside in the county of Westchester, state of New York.

On the **15th day of February, 2008**, I served a true copy of the within: **DEFENDANT'S RULE 7.1 STATEMENT** via regular mail, addressed to the attorney(s) for the respective parties in this action, at the address(es) designated by said attorney(s) for that purpose by depositing true copies of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

**OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP**
Attorneys for Plaintiffs
  Cornelia Fifth Avenue LLC and
  Cornelia Essentials, LLC
65 East 55th Street
New York, New York 10022
(212) 451-2300

_____
DEBORAH ALLEN

Sworn to before me this
15th day of February, 2008.

_____
NOTARY PUBLIC

LETTY TRIVINO
Notary Public, State of New York
No. 01TR6158357
Qualified in Westchester County
Commission Expires 01/02/20__