UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CORNELIA FIFTH AVENUE LLC and
CORNELIA ESSENTIALS, LLC,

                    Plaintiffs,

- against -

TIGERNET SYSTEMS, INC.,

                    Defendant.

**STIPULATION EXTENDING TIME**

Case No.: 07 CV 11529

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the respective parties, that the time for plaintiffs CORNELIA FIFTH AVENUE, LLC and CORNELIA ESSENTIALS, LLC to Reply to defendant Tigernet Systems Inc.'s Counterclaims is hereby extended to and including the 21st day of March, 2008;

IT IS HEREBY STIPULATED AND AGREED, that this stipulation may be executed in any number of counterparts, taken together, shall constitute one and the same instrument; and

IT IS HEREBY STIPULATED AND AGREED, that facsimile signature to this stipulation may be treated and deemed as original signatures.

Dated: New York, New York
       March 4, 2008

OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP

By: _____
    Lori Marks-Esterman (LME 2841)
Attorneys for Plaintiffs Cornelia Fifth
Avenue LLC and Cornelia Essentials, LLC
Park Avenue Tower
65 East 55th Street
New York, New York 10022
(T) 212-451-2300
(F) 212-451-2222

MILBER MAKRIS PLOUSADIS & SEIDEN, LLP

By: _____
    Thomas H. Kukowski (TK 1749)
Attorneys for Defendant
Tigernet Systems, Inc.
1000 Woodbury Road
Suite 420
Woodbury, New York 11797
(T) 516-712-4000
(F) 516-248-5189

SO ORDERED:

_____
U.S.D.J.
3/6/08

569911-1

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/08