

**OLSHAN**
OLSHAN GRUNDMAN FROME ROSENZWEIG & WOLOSKY LLP

PARK AVENUE TOWER
65 EAST 55TH STREET
NEW YORK, NEW YORK 10022
TELEPHONE 212 451 2300
FACSIMILE 212 451 2222
WWW.OLSHANLAW.COM

DIRECT DIAL: 212.451.2257
EMAIL: LMARKSESTERMAN@OLSHANLAW.COM

*MEMO ENDORSED*

May 1, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/08

**VIA FEDERAL EXPRESS**

Hon. Richard J. Sullivan
U.S. District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
Room 615
New York, New York 10007

      Re:    Cornelia Fifth Avenue LLC, *et al.* v. Tigernet Systems, Inc.
              07 CV 11529 (RJS)

Dear Judge Sullivan:

      We are counsel for plaintiffs Cornelia Fifth Avenue LLC and Cornelia Essentials, LLC in the above-referenced action. We submit this letter jointly with counsel for defendant Tigernet Systems, Inc.

      Per our discussion with Eileen Levine, we write to jointly request an adjournment of the status conference currently scheduled for May 9, 2008, and to also request a corresponding extension of time to submit a status letter and proposed Case Management plan to the Court. The reason for the request is that the parties have been attempting to resolve the claims at issue in the case. We had a settlement meeting scheduled for April 14, 2008, which we had to cancel at the last minute due to a scheduling conflict. We have rescheduled to meet in the end of May to hopefully work out a settlement. As the parties are optimistic about settlement, we make the request to avoid unnecessarily using the Court's time, and to also avoid incurring additional expense.

575972-1

May 1, 2008
Page 2

    We therefore request that the status conference be adjourned to June 6, 2008, or any such other date thereafter as the Court may have available, and that the submission deadline for the status letter and proposed Case Management plan be correspondingly adjourned.

    Thank you for your consideration.

Respectfully submitted,

*Lori Marks-Esterman*
Lori Marks-Esterman

cc:    Thomas H. Kukowski, Esq.
        Counsel for Defendant

> *[Handwritten endorsement:]* The parties request for an adjournment of the status conference, previously scheduled for May 9, 2008, is granted. The parties shall appear for a status conference on **June 9** at **3pm**. The parties shall submit a joint status letter and proposed Case Management plan 10 days before the conference, on **May 29**.
>
> **SO ORDERED.** Dated: 5/2/08
> **RICHARD J. SULLIVAN, U.S.D.J.**

575972-1