USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
FILED 6/9/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**CORNELIA FIFTH AVENUE LLC, ET ANO**

              **Plaintiffs,**

-v-

**TIGERNET SYSTEMS, INC. ETC.,**

              **Defendants.**

ORDER OF REFERENCE TO
A MAGISTRATE JUDGE

Case No. 07-CV-011529 (RJS)(GWG)

<u>RICHARD J. SULLIVAN</u>, District Judge:

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_ Specific Non-Dispositive Motion/Dispute:*

_____

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

_x_ Settlement*Parties request settlement conference be scheduled in November, 2008.

\_\_\_ Inquest After Default/Damages Hearing

\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____

\_\_\_ Habeas Corpus

\_\_\_ Social Security

\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:_____

All such motions:_____

*Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: June 9, 2008
          New York, New York

                                    Richard J. Sullivan
                                    United States District Judge