UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CORNELIA FIFTH AVENUE LLC and : Case No. 07 CV 11529 (RJS)(GWG)
CORNELIA ESSENTIALS, LLC,
: ECF Case
Plaintiffs,
: **STIPULATION AND**
v. **ORDER OF DISMISSAL**
:
TIGERNET SYSTEMS, INC.,
:
Defendant.
-----------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the respective parties who have appeared in this action, that the above-captioned action and all claims and counterclaims asserted herein be, and the same hereby is, dismissed with prejudice, pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure, and without costs to any party.

**IT IS HEREBY FURTHER STIPULATED AND AGREED,** that facsimile signatures or copies of signatures to this Stipulation may be treated and deemed as original signatures.

Dated: New York, New York
      June __, 2008

**OLSHAN GRUNDMAN FROME**      **MILBER MAKRIS PLOUSADIS**
**ROSENZWEIG & WOLOSKY LLP**      **& SEIDEN, LLP**

By: _____      By: _____
Lori Marks-Esterman (LME 2841)      Thomas H. Kukowski (TK 1749)
Attorneys for Plaintiffs      Attorneys for Defendant
  Cornelia Fifth Avenue LLC      TigerNet Systems, Inc.
  and Cornelia Essentials, LLC      3 Barker Avenue, 6th Floor
Park Avenue Tower      White Plains, New York 10601
65 East 55th Street      (914) 681-8700
New York, New York 10022
(212) 451-2300

SO ORDERED:

_____
U.S.D.J.
6/26/08



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/08